IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMITRA L. BOLEWARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-867-TFM |
| ) | |
| MRS ASSOCIATES, INC, ) | |
| a foreign corporation ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff has filed a notice of voluntary dismissal of its claims in this action (Doc. 6, filed 12/21/10).  No defendant has answered or filed a motion for summary judgment. Thus, plaintiff is entitled to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which permits voluntary dismissal by plaintiffs without further order of the Court.  Accordingly, it is **ORDERED** that the Clerk is **DIRECTED** to close this civil action in accordance with plaintiff's notice of dismissal.

DONE this 4th day of January, 2011.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE